IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00704-RJC-SCR

| | | |
|---|---|---|
| PRASSAS CAPITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BLUE SPHERE CORPORATION, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Gregory O. Tuttle, Alex Banzhaf and Alexa DePierro]" (Doc. Nos. 13-15) filed January 26, 2024. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 26, 2024

Susan C. Rodriguez
United States Magistrate Judge