IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:23-cv-00704-RJC-SCR

| | |
|---|---|
| PRASSAS CAPITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| BLUE SPHERE CORPORATION, LEONITE ) | |
| CAPITAL LLC, BLACKGEN, LLC, ) | |
| GENESIS MANAGEMENT A.S., ) | |
| RENEWABLE ASSET MANAGEMENT, ) | |
| S.R.O., SHAUL KOPELOWITZ, AVI ) | |
| GELLER, and SHLOMI PALAS, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendants Leonite Capital LLC, BlackGen, LLC, Shaul Kopelowitz, Avi Geller, and Plaintiff Prassas Capital, LLC (collectively, "Movants") Motion for Leave to Engage in Court-Enforceable Early Discovery (the "Motion"). (Doc. No. 63).

Having carefully considered the motion and the record, including the consent of the non-moving Defendant, Shlomi Palas, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants Leonite Capital LLC, BlackGen, LLC, Shaul Kopelowitz, Avi Geller, and Plaintiff Prassas Capital, LLC's Motion for Leave to Engage in Court-Enforceable Early Discovery" (Doc. 63) is **GRANTED** as follows:

(1) Movants are granted leave to engage in early, court-enforceable discovery under Local Civil Rule 16.1(f) as between them, but not as to Defendant Shlomi Palas;

(2) By engaging in early discovery, Leonite Capital LLC, BlackGen, LLC, Shaul Kopelowitz, and Avi Geller, do not waive jurisdictional arguments in any potential dismissal motions; and

(3) If or when Leonite Capital LLC, BlackGen, LLC, Shaul Kopelowitz, and Avi Geller, brief their placeholder dismissal motions, they may not use the pendency of those motions to ask for a stay of discovery.

**SO ORDERED.**

Signed: January 7, 2025

_____
Susan C. Rodriguez
United States Magistrate Judge